**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES COURTNEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABBVIE INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-10400 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties to bear their own costs.

Dated: August 21, 2018

| | |
|---|---|
| */s/ Daniel S. Robinson*<br>Daniel S. Robinson<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>(949) 720-1288<br>Email: drobinson@robinsonfirm.com<br>*Counsel for Plaintiff* | */s/ Michelle H. Yeary*<br>Michelle H. Yeary<br>Dechert LLP<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ 08540<br>(609) 955-3277<br>Email: michelle.yeary@dechert.com<br>*Counsel for AbbVie, Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals LLC; Besins Healthcare Inc. and Besins Healthcare S.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                */s/ Daniel S. Robinson*
                                                Daniel S. Robinson